UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHEN BEACHLER, | ) | Case No. : 1:20 CV 140 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| ALL-IN STAFFING, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

Counsel has notified the Court that the above captioned case has been settled and the parties have filed a Joint Notice of Settlement (Doc. #9). Accordingly, this action is DISMISSED WITH PREJUDICE. Parties may file any additional documentation evidencing the settlement within 30 days of the entry of this Order.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: April 21, 2020