IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHEN BEACHLER, | ) | CASE NO. 1:20-cv-140 |
| Plaintiff. | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| ALL-IN STAFFING, LTD., | ) | **JOINT MOTION FOR ORDER** |
| | ) | **APPROVING SETTLEMENT** |
| Defendant. | ) | **AGREEMENT** |

DENIED: _____
GRANTED: ✗
IT IS SO ORDERED.
_[signature]_ 5/22/20
U.S. DISTRICT JUDGE

Plaintiff Stephen Beachler and Defendant All-In Staffing, Ltd., by and through counsel, respectfully move this court to approve the Settlement reached by the parties and memorialized in the Settlement and Release Agreement ("Settlement"), attached as Exhibit A. This Settlement seeks to resolve all claims Plaintiff has or could have asserted against Defendant, including any claims under the Fair Labor Standards Act ("FLSA").

The parties respectfully submit that the Settlement is fair and reasonable, and satisfies the criteria for approval under §216(b) of the FLSA. The Settlement was achieved through diligent negotiations between the parties' counsel. If approved by the Court, the Settlement will result in a reasonable settlement payment to Plaintiff.

The settlement documents submitted for approval by the Court consist of the following:

    **Exhibit A:**    Settlement and Release Agreement

    **Exhibit B:**    Declaration of Christopher J. Lalak

    **Exhibit C:**    Proposed Order Approving Settlement and Dismissing Case with Prejudice

The following sections explain the nature of the action, the negotiations, the principal terms of the Settlement, and the propriety of approving the Settlement.